**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.** 26-mj-8812-RMM

**UNITED STATES OF AMERICA**

**v.**

**ELDAD MANASES ROGEL-ORTIZ,**

FILED BY MEE D.C.
Oct 27, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**Defendant.** /

## CRIMINAL COVER SHEET

1. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

2. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

4. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? ☐ Yes ☑ No

5. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 30, 2026? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: *Shannon O'Shea Darsch*
SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 68566
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Email: shannon.darsch@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
ELDAD MANASES ROGEL-ORTIZ,

*Defendant(s)*

Case No. 26-mj-8812-RMM

FILED BY MEE D.C.
Oct 27, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 12, 2024 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 8 U.S.C. § 1326(a) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Deportation Officer Andy Korzen, ICE
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 10/27/26

[signature]
*Judge's signature*

City and state: West Palm Beach, FL

Hon. Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-three years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Eldad Manases ROGEL-ORTIZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. Sometimes in around October 2024, Jupiter Police Department initiated investigation related to National Center for Missing and Exploited Children cibertip, which reported child pornography. Investigation revealed that Eldad Manases ROGEL-ORTIZ as a possible suspect, who resided at 205 3rd Street, Jupiter, Florida 33458.

4. On December 12, 2024, Jupiter Police SWAT team served state search warrant for digital devices that could contain Child Sexual Abuse Material (CSAM) at Eldad Manases ROGEL-ORTIZ's residence located at 205 3rd Street, Jupiter, Florida 33458.

5. Jupiter Police Department detectives made contact with Eldad Manases ROGEL-ORTIZ during the execution of search warrant at his residence. Eldad Manases ROGEL-ORTIZ was interviewed but not arrested at that time.

6. Full Filesystem extraction of the Eldad Manases ROGEL-ORTIZ's phone seized on December 12, 2024, was conducted, and revealed multiple CSAM files. Subsequently, on July 14, 2026, state arrest warrant was issued for Eldad Manases ROGEL-ORTIZ's appearance to answer charges of possession, control or intentionally view a sexual performance by a child- four counts.

7. On or about October 7, 2026, Eldad Manases ROGEL-ORTIZ was arrested in Hunterdon County, New Jersey on an outstanding warrant from Palm Beach County, Florida. Eldad Manases ROGEL-ORTIZ was extradited back to Florida, and on or about October 18, 2026, was booked and detained at the Palm Beach County Jail.

8. A review of the immigration records shows that Eldad Manases ROGEL-ORTIZ is a native and citizen of El Salvador. Records further show that on or about April 11, 2019, Eldad Manases ROGEL-ORTIZ was ordered removed from the United States. The Order of Removal was executed on or about May 9, 2019, whereby Eldad Manases ROGEL-ORTIZ was removed from the United States and returned to El Salvador.

9. Records further show that on or about April 12, 2019, in the United States District Court for the Southern District of Texas, Eldad Manases ROGEL-ORTIZ was convicted of the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in case number 19-mj-01423.

10. Eldad Manases ROGEL-ORTIZ's fingerprints taken in connection with his October 18, 2026, booking at the Palm Beach County Jail were scanned into the

IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Eldad Manases ROGEL-ORTIZ.

11. A record check was performed in the Computer Linked Application Informational Management System to determine if Eldad Manases ROGEL-ORTIZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Eldad Manases ROGEL-ORTIZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

12. Based on the foregoing, I submit that probable cause exists to believe that, on or about December 12, 2024, Eldad Manases ROGEL-ORTIZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 27 day of October 2026.

RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Eldad Manases Rogel-Ortiz

**Case No**: ____________________

Count #: 1

Illegal re-entry into the United States after deportation or removal

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment**: up to 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** up to 1 year
* **Max. Fine:** up to $250,000
* **Special Assessment:** $100 upon conviction

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**